## WESTINGHOUSE BROADCASTING CO. v. UNITED STATES ET AL.

No. 484.   Decided December 19, 1960.

*George B. Turner* and *Philip H. Strubing* for appellant.

*Solicitor General Rankin, Assistant Attorney General Bicks, Richard A. Solomon* and *Bernard M. Hollander* for the United States, and *Bernard G. Segal, Samuel D. Slade, Robert L. Werner* and *Thomas E. Ervin* for Radio Corporation of America and National Broadcasting Co., Inc., appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted.

MR. JUSTICE FRANKFURTER is of the opinion that the motion to affirm should be granted.